**FILED**
SEP 24 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE AMY ST. EVE

MAGISTRATE JUDGE BOBRICK

UNITED STATES OF AMERICA )
)
v. ) No. **03CR0919**
)
RONALD SIMPSON ) Violation: Title 18, United
) States Code, Section 1711

DOCKETED
SEP 25 2003

The SPECIAL SEPTEMBER 2002 GRAND JURY charges:

On or about January 23, 2002, at Maywood, in the Northern District of Illinois, Eastern Division,

RONALD SIMPSON,

defendant herein, being a United States Postal Service employee, did convert to his own use, in a manner not authorized by law, money in excess of $900, which had come into his hands, in the execution, and under the color of his employment;

In violation of Title 18, United States Code, Section 1711.

A TRUE BILL:

_____
FOREPERSON

_Patrick J. Fitzgerald_ by WJP
UNITED STATES ATTORNEY

No. 03 GJ 1064

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

UNITED STATES OF AMERICA

vs.

RONALD SIMPSON

INDICTMENT

Violations: 18 U.S.C. §1711

A true bill,

_____
Foreman

Filed in open court this _____ day of SEP 24 2003, A.D. 20___

MICHAEL W. DOBBINS
KATIE FRANC
_____
Clerk

Bail, $ _____

PO 880.320